**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
MALIBU MEDIA, LLC,

                              Plaintiff,

- against -

DON DOBBIN,

                              Defendant.
---------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 17-6914 (JMA) (SIL)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 7, 2020; adopting the June 22, 2020 Report and Recommendation of United States Magistrate Judge Steven I. Locke in its entirety as the full opinion of the Court; granting in part and denying in part Plaintiff's motion for a default judgment against Defendant; awarding Plaintiff Malibu Media, LLC: (1) $22,500,00 in statutory damages, (2) an injunction prohibiting Defendant from further infringement and ordering Defendant to destroy all copies of the Films, (3) $400.00 in fees and costs, and (4) post judgment interest pursuant to 28 U.S.C. § 1961(a); and directing the Clerk of the Court to enter judgment accordingly and close this case, it is

**ORDERED AND ADJUDGED** that Plaintiff Malibu Media, LLC's motion for a default judgment against Defendant Don Dobbin is granted in part and denied in part; that Plaintiff Malibu Media, LLC, is awarded a default judgment against Defendant Daniel Dobbin in the amount of $22,900.00, plus post judgment interest pursuant to 28 U.S.C. § 1961(a); that Defendant Don Dobbin is enjoined from further infringement; that Defendant Don Dobbin is order to destroy all copies of the Films; and that this case is closed.

Dated: August 18, 2020
       Central Islip, New York

                                                  DOUGLAS C. PALMER
                                                  CLERK OF THE COURT
                                 BY:   /S/ JAMES J. TORITTO
                                                  DEPUTY CLERK